5/3/71

RECEIVED
AUG 16 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

HERMAN ROBINSON

**WARRANT FOR ARREST**

CASE NUMBER: 1:01-CR-001-01ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HERMAN ROBINSON
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)
Violation of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Barbara L. Barletta
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Barbara Barletta
Signature of Issuing Officer

PROVIDENCE, RI on AUGUST 16, 2005
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Coventry, RI by U.S. Marshals | | |
| DATE RECEIVED 08/16/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Hal Wyatt |
| DATE OF ARREST 08/22/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.