UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 01-001ML DATE: September 19, 2005**

**TITLE: USA v. Herman Robinson**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Zechariah Chafee - Govt**
**Edward C. Roy, Jr. - for Defendant**
**David S. Borrelli - U.S. Probation**

**PROCEEDINGS:**

**An R&R has issued from USMJ Lincoln D. Almond. No objections have been filed to that R&R. Govt makes its sentencing recommendations; defense responds. Deft addresses the Court. Sentence is imposed: 14 mos' imprisonment, with no further term of supervised release. Deft is remanded.**