# United States District Court
## District of Rhode Island

UNITED STATES OF AMERICA
v.
**HERMAN ROBINSON**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: **1:01CR00001-01ML**

USM Number: **04929-070**

**Edward C. Roy, Jr., Esq.**
Defendant's Attorney

**THE DEFENDANT:**

[✓] **admitted guilt to violations of standard conditions of the term of supervision.**
[ ] was found in violation of condition(s) __ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **xxx-xx-7752**

Defendant's Date of Birth: **1971**

Defendant's Residence Address:
**Donald W. Wyatt Detention Center**
**950 High Street**
**Central Falls, RI 02863**

Defendant's Mailing Address:
**Donald W. Wyatt Detention Center**
**950 High Street**
**Central Falls, RI 02863**

**September 19, 2005**
Date of Imposition of Sentence

Mary M. Lisi
Signature of Judicial Officer

**MARY M. LISI**
**United States District Judge**
Name & Title of Judicial Officer

9/21/05
Date

CASE NUMBER: **1:01CR00001-01ML**
DEFENDANT: **HERMAN ROBINSON**



# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | "The defendant shall refrain from any unlawful use of a controlled substance." | August 4, 2005 |
| 2 | "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." | July 13, 2005 |
| 3 | "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." | June 9, 2005 |
| 4 | "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment." | July 21, 2005 |
| 5 | "The defendant shall participate in an outpatient program approved by the probation officer for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol." | July 29, 2005 |
| 6 | "The defendant shall perform 20 hours of community service as approved by the probation officer, for each week he is not employed at least part-time during his term of supervision." | April 4, 2005 |
| 7 | "The defendant shall abstain from the use of alcoholic beverages and/or all intoxicants during and after the course of treatment." | May 23, 2005 |
| 8 | The defendant shall notify the Probation Office ten (10) ten days prior to any change in residence." | May 10, 2005 |

# IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 14 months, with no further term of supervision.**

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on ____________ to ____________

at ____________, with a certified copy of this judgment.

____________
UNITED STATES MARSHAL

By ____________
Deputy United States Marshal